# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: Darryl Ford v.s. David L. Winn

FOR: District of Massachusetts
AT: Donohue Federal BLDG & Courthouse

LOCATION NUMBER: 2004 NOV -9 A 11:44

PERSON REPRESENTED (Show your full name): Darryl Ford

- 1 ☐ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☒ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate
District Court: 04-40232
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment. How much did you earn per month? $ N/A
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED $ ___ SOURCES ___

**CASH**: Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ ___

**PROPERTY**: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT — VALUE $ ___ DESCRIPTION ___

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE / ___ MARRIED / ___ WIDOWED / ___ SEPARATED OR DIVORCED
Total No. of Dependents: ___
List persons you actually support and your relationship to them: ___

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) November 8, 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Darryl Ford

## Commissary History

### Purchases

Validation Period Purchases: $78.25
YTD Purchases: $159.10
Last Sales Date: 10/19/2004 5:05:10 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $78.25
Remaining Spending Limit: $211.75

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 08943040 | Current Institution: | Devens FMC |
| Inmate Name: | FORD, DARRYL | Housing Unit: | P-A |
| Report Date: | 11/06/2004 | Living Quarters: | P05-241 |
| Report Time: | 1:26:03 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7769 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 11/13/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 11/5/2004 8:17:48 PM |
| Account Status: | Active |
| ITS Balance: | $1.07 |

### FRP Plan Information

**FRP Plan Type**   Expected Amount   Expected Rate

## Account Balances

| | |
|---|---|
| Account Balance: | $32.83 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $32.83 |
| National 6 Months Deposits: | $830.00 |
| National 6 Months Withdrawals: | $867.35 |
| National 6 Months Avg Daily Balance: | $18.26 |
| Local Max. Balance - Prev. 30 Days: | $55.08 |
| Average Balance - Prev. 30 Days: | $14.84 |

J. Hancock /s/ Counselor
6 Nov 04