UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARRYL FORD, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
|     v. | ) C.A. No. 04-40232-NG |
| | ) |
| DAVID L. WINN, | ) |
| | ) |
|     Respondent. | ) |

## ORDER OF DISMISSAL

GERTNER, J.

In accordance with the Memorandum and Order dated November 18, 2004 dismissing the petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

November 18, 2004                               By the Court,

                                                        /s/ Rebecca Greenberg
                                                        Deputy Clerk