UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DARRYL FORD
    Petitioner    )
                        )
Vs.                     )
                        )   C.A. No. : 04-40232- NG
DAVID L. WINN         )
    Respondent    )
                        )

MOTION FOR AN CONTINUANCE OF TIME DUE TO PETITIONER WERE IN THE HOSPITAL FROM NOVEMBER 16th, 2004, HAVING A KIDNEY TRANSPLANT. TIME IS NEEDED TO RESPOND TO THE COURT'S MEMORANDUM AND ORDER DUE TO PETITIONER'S STATE OF HEALTH AND TIME TO PREPARE MOTION FOR RECONSIDERATION.

    Now comes, the petitioner, DARRYL FORD, Inmate No. 08943-040 acting pro-se in the above entitled action humbly request leave for an continuance of time to respond to the Court's memorandum and order, 30 days from the date of this motion whereas petitioner submits this motion in support thereof.

Petitioner was hospitalized on the 16th, of November, 2004 and received a kidney transplant on the 17th, of November, 2004. Petitioner was returned to the prison on the 24th, of November, 2004. However, due to Petitioner's state of health Petitioner was on bed rest <u>inter alia</u>, Petitioner never received his mail until December 6th, 2004. Therefore, Petitioner needs time to recuperate as well as prepare a motion for reconsideration of the Court's memorandum and order.

Dated: 12-07-04

                                            Darryl Ford
                                            #08943-040
                                            F.M.C. Devens
                                            P.O. Box 879
                                            Ayer, MA 01432


## CERTIFICATE OF SERVICE

I, Darryl Ford, #08943-040, hereby certifies that a true copy of the foregoing was mailed via institutional legal mail on this date to the United States District Court of the District of Massachusetts, located at United States Courthouse, One Courthouse Way, Suite 2300, Boston, MA 02210.

Dated: 12-07-04

                                            Darryl Ford
                                            #08943-040
                                            F.M.C. Devens
                                            P.O. Box 879
                                            Ayer, MA 01432