# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40232

Darryl Ford

v.

David L. Winn, et al

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/2/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 22, 2005.

Tony Anastas, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/22/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:04-cv-40232-NG

Ford v. Winn
Assigned to: Nancy Gertner
Cause: Petition for writ of habeas corpus

Date Filed: 11/04/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Darryl Ford**                    represented by  **Darryl Ford**
8943-040
F.M.C. Devens
PO Box 879
Ayer, MA 01432
PRO SE

V.

**Respondent**

**Warden David L. Winn**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2004 | 1 | PETITION for Writ of Habeas Corpus $ 0.0, receipt number NA, filed by Darryl Ford. (Attachments: # 1 Part 2)(Hassett, Kathy) (Entered: 11/04/2004) |
| 11/09/2004 | 2 | MOTION for Leave to Proceed in forma pauperis by Darryl Ford.(Jones, Sherry) (Entered: 11/09/2004) |
| 11/09/2004 | 3 | FINANCIAL AFFIDAVIT by Darryl Ford. (Jones, Sherry) (Entered: 11/09/2004) |

| | | |
|---|---|---|
| 11/18/2004 | 4 | Judge Nancy Gertner : MEMORANDUM AND ORDER entered. The Motion for Leave to Proceed in forma pauperis filed by Darryl Ford (#1) is Allowed. The Petitioner's sec. 2241 habeas petition is DISMISSED for the reasons stated therein. The Petitioner's motion under 18 U.S.C. sec. 3582(c)(1)(A)(i) is denied.(Greenberg, Rebecca) (Entered: 11/18/2004) |
| 11/18/2004 | 5 | Judge Nancy Gertner : ORDER entered: ORDER DISMISSING CASE(Greenberg, Rebecca) (Entered: 11/18/2004) |
| 12/10/2004 | 6 | MOTION for Extension of Time to Respond to the Court's Memorandum and Order by Darryl Ford.(Filo, Jennifer) (Entered: 12/16/2004) |
| 01/07/2005 | 7 | MOTION for Reconsideration re 4 Memorandum & ORDER, by Darryl Ford.(Filo, Jennifer) (Entered: 01/10/2005) |
| 02/11/2005 | ● | Judge Nancy Gertner : Electronic ORDER entered denying 6 Motion for Extension of Time, denying 7 Motion for Reconsideration: Pursuant to this Court's order of dismissal entered on November 18, 2004, [docket entry # 5], petitioner's claim must be brought as a section 2255 action before the sentencing judge in the Western District of Michigan. Petitioner has put forth no arguments to challenge that conclusion. His motion for a continaunce to prepare a motion for reconsideration [docket entry # 6] and his motion for reconsideration [docket entry #7] are therefore DENIED. (Gertner, Nancy) (Entered: 02/11/2005) |
| 03/02/2005 | 8 | NOTICE OF APPEAL as to Order on Motion for Extension of Time,,, Order on Motion for Reconsideration,, by Darryl Ford. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at |

| | | http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/22/2005. (Filo, Jennifer) (Entered: 03/10/2005) |